UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRDELL WALTON, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| MARK DIAMOND, *et al.*, | ) No. 12 C 4493 |
| Defendants. | ) ) Judge Lefkow |

**STIPULATION FOR SUBSTITUTION OF
THE UNITED STATES AS DEFENDANT AND TO DISMISS**

The parties, plaintiffs Byrdell Walton, Wadie Morehead, and Louise Mason, and defendants Shaun Donovan, Secretary, U.S. Department of Housing and Urban Development, and the U.S. Department of Housing and Urban Development ("HUD"), stipulate as follows:

1. Pursuant to 28 U.S.C. § 2410, the proper defendant is the United States of America, and it is substituted as defendant in the place of Secretary Donovan and HUD.

2. HUD holds a subordinate Home Equity Conversion Mortgage ("HECM") on each of the plaintiffs properties pursuant to the authority vested to Secretary Donovan through the National Housing Act (12 U.S.C. § 1715z-20).

3. The purpose of these subordinate mortgages are to serve as a warranty to the mortgagors that, in the event the mortgagee holding the primary HECM defaults or does not honor the agreed-upon distribution of equity during the life of the loan, HUD will ensure that the contracted equity distributions are paid to the mortgagors.

4. The subject HUD mortgages are, by regulatory design, subordinate to the primary mortgages.

5. HUD agrees to release its lien interest if the court grants rescission or finds the mortgage(s) to be invalid, or if the primary mortgagee releases its lien(s) pursuant to settlement.

6. HUD takes no position with respect to the outcome of this litigation, but will use the judicial determination arrived at in determining whether it will be liable to honor any future claim or loss that may be submitted to it by any mortgagees holding the primary HECMs.

7. Defendant United States is hereby dismissed as a defendant in this matter without prejudice with plaintiffs and United States to bear their own costs and fees.

Dated: August 7, 2012
15

_____
MICHELLE A. WEINBERG
LAF
120 South LaSalle
Suite 900
Chicago, Illinois 60603
(312) 347-8363
mweinberg@lafchicago.org

GARY S. SHAPIRO
Acting United States Attorney

By: _____
JEFFREY M. HANSEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1325
jeffrey.hansen@usdoj.gov