# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4493 | **DATE** | 8/21/2012 |
| **CASE TITLE** | Walton, et al. vs. Diamond, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation For Substitution of The United States as Defendant and To Dismiss [24], the United States of America is substituted as defendant in the place of defendants Shaun Donovan, Secretary US Department of Housing and Urban Development and United States Department of Housing & Urban Development. Defendant United States is hereby dismissed as a defendant in this matter without prejudice with plaintiffs and United States to bear their own costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|