**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BYRDELL WALTON, WADIE MOREHEAD, and LOUISE MASON, <br><br> Plaintiffs, <br><br> v. <br><br> MARK S. DIAMOND; MATTHEW FEFFERMAN; UNITED RESIDENTIAL SERVICES & REAL ESTATE, INC.; URBAN FINANCIAL GROUP, INC.; HARBOR FINANCIAL GROUP, LTD.; UNITED CONSTRUCTION SERVICES OF AMERICA, INC.; DENNIS BOTH; SHAUN DONOVAN; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; REVERSE MORTGAGE SOLUTIONS, INC.; ABLE TITLE INSURANCE AGENCY, INC; and UNKNOWN ASSIGNESS, <br><br> Defendants. | Case No. 12-cv-04493 <br><br> Judge Joan H. Lefkow |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Byrdell Walton, Wadie Morehead, and Louise Mason ("Plaintiffs") and Defendants Urban Financial Group, Inc., Reverse Mortgage Solutions, Inc., and Mortgage Electronic Registration Systems, Inc. ("Defendants"), each hereby stipulate to the dismissal *with prejudice* of all claims asserted by Plaintiffs against these Defendants only.

STIPULATED AND AGREED:

Dated: January 28, 2013

| | |
|---|---|
| LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO | KATTEN MUCHIN ROSENMAN LLP |
| /s/ Michelle A. Weinberg<br>Michelle A. Weinberg<br>LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO<br>120 South LaSalle Street, Ste. 900<br>Chicago, IL 60603<br>Tele: 312.347.8363<br>Fax: 312.612.1463<br>mweinberg@lafchicago.org | /s/ Andrea C. Halverson<br>David C. Bohan<br>Andrea C. Halverson<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Tele: (312) 902-5200<br>Fax: (312) 902-1061<br>david.bohan@kattenlaw.com<br>andrea.halverson@kattenlaw.com |
| *Attorney for Plaintiffs Byrdell Walton, Wadie Morehead, and Louise Mason* | *Attorney for Urban Financial Group, Inc., Reverse Mortgage Solutions, Inc., and Mortgage Electronic Registration Systems, Inc.* |